## DENISE M. LONGO *v.* RICHARD M. LONGO
### (AC 16618)

Foti, Lavery and Landau, Js.

Submitted on briefs September 26—officially released October 28, 1997

Per Curiam. The judgment is affirmed.

## STEVEN J. PIZZELLA *v.* STATE PLUMBING AND PIPING WORK EXAMINING BOARD
### (AC 16745)

Foti, Lavery and Landau, Js.

Submitted on briefs September 26—officially released October 28, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* GEORGE HAWKINS
### (AC 16337)

O'Connell, C. J., and Landau and Dupont, Js.

Argued October 27—officially released November 18, 1997

Per Curiam. The judgment is affirmed.